**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID E. LEWIS
ADC #105476                                                                                              PLAINTIFF

V.                                          5:09CV00315 JMM/JTR

ERNEST GOLDEN, Jail Administrator,
Arkansas County Detention Center, et al.                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 21st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE